IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS S. DOHERTY,

    Petitioner,

v.                                                civ. No. 07-1148 JH/RLP

BELEN MAGISTRATE COURT and
STATE OF NEW MEXICO,

    Defendants.

## ORDER

THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation and neither party having filed objections thereto, the Court finds that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that Petitioner's Motion for Appointment of Counsel [Doc. 3] be denied; and

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                              Judith C. Herrera
                                                              United States District Judge